UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY AVILA,<br><br>                              Plaintiff,<br><br>             -against-<br><br>PROMESA, INC.; BASIC, INC; LYMARIS ALBORS, CHIEF EXECUTIVE OFFICER; AJA DOUGLAS, QUALITY ASSURANCE DIRECTOR, SUPPORTIVE HOUSING; 1412 COL LLC; CAREN ABATE, DIRECTOR OF HOUSING, NYCFO; OFFICER OF MENTAL HEALTH; JAMAR CROW, ALLEGE SOCIAL WORKER; CHARLES STATE, ALLEGE SOCIAL WORKER; JSAF MANAGEMENT; JOSEPH SAFDIE, FOUNDER & CEO,<br><br>                              Defendants. | 24 **CIVIL** 1689 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    November 6, 2024
              New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                        Chief United States District Judge